IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARLOS KING, THADDEUS KAROW,
JAMES PRICE, CRAIG ALAN SUSSEK AND
VICTORIANO HEREDIA,

    Plaintiff,

v.

STEVEN LANDREMAN, DANIELLE LACOST,
DOUGLAS DRANKIEWICZ, KEVIN CARR
AND MARK HEISE,

    Defendants.

ORDER

Case No. 19-cv-338-jdp

---

Plaintiffs Carlos King, Thaddeus Karow, James Price, Craig Alan Sussek and Victoriano Heredia prisoners in the custody of the Wisconsin Department of Corrections, have submitted a proposed complaint through counsel and have paid the $400 filing fee. Because plaintiffs are prisoners, plaintiffs are subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

Accordingly, IT IS ORDERED that plaintiffs' complaint is taken under advisement pursuant to 28 U.S.C. § 1915A. Plaintiffs' counsel will be notified promptly when such a decision has been made.

Entered this 30th day of April, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge